IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DEONDRAY RAYMOND MASON, | |
| Plaintiff, | |
| v. | 2:23-CV-093-Z-BR |
| KEVIN SMITH, *et al.*, | |
| Defendants. | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. ECF No. 13. No objections to the findings, conclusions, and recommendation have been filed.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. All other motions are **DENIED**.[2]

**IT IS SO ORDERED**.

August 16, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] The Court acknowledges undated handwritten objections to the Final Notice of Deficiency. *See* ECF No. 14 at 3.
[2] ECF Nos. 4, 6, 9, 10, 11, 12, 14, 16, 17, 19, 20, and 23.